**Order filed April 5, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00942-CV
_____

**WILLIAM J. HIBLER, Appellant**

**V.**

**ERIK GARZA, Appellee**

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2011-30808**

# O R D E R

Appellant's brief was filed on February 13, 2012. On March 21, 2012, appellee filed a motion to strike. The Court agrees that appellant has not properly presented this cause in his brief on file and grants the motion.

Appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate procedure. In particular, appellant has failed to provide adequate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Accordingly, pursuant to Rule 38.9(b), the court orders appellant to rebrief. *See* Tex. R. App. P. 38.9(b). Appellant's amended brief is due **May 7, 2012,** and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed.


PER CURIAM